1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYSON RAYE TALBERT, | CASE NO.: 2:20-cv-02113-KES |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERD that EAJA fees are awarded in the amount of FOUR THOUSAND FOUR HUNDRED EIGHT NINE AND NINETY-FIVE CENTS) and FOUR HUNDRED DOLLARS ($400.00) in costs, subject to the terms of the stipulation.

DATED: April 23, 2021

_____
HON. KAREN E. SCOTT
U.S.  MAGISTRATE JUDGE

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28